AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Oklahoma

| | | |
|---|---|---|
| Dower Combs, Per. Rep. of Est. of Alysa Horney, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    CIV-15-111-RAW |
| State of Okla ex rel Okla Dept of Human Serv., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Defendants Henry Wright, Julia Foreman, Thomas Walkabout, William Busch, & Dianna Schweitzer    .

Date:    04/22/2015

s/ RICHARD W. FREEMAN, JR.
*Attorney's signature*

Richard W. Freeman, Jr. (OBA #3130)
*Printed name and bar number*

Assistant General Counsel
Department of Human Services
P.O. Box 25352
Oklahoma City, OK 73152-3025
*Address*

Richard.Freeman@okdhs.org
*E-mail address*

(405) 521-3638
*Telephone number*

(405) 521-6816
*FAX number*

## Certificate of Service

☑ I hereby certify that on (date) April 22, 2015 _____, I electronically transmitted the

attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on

file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: (insert names)

James Cosby
Cosby Law Firm, PLLC

Zachary T. Barron
Gibbon, Barron & Barron

(Attorneys for Plaintiff)

☐ I hereby certify that on (date) _____, I served the attached document by

(service method) _____ on the

following, who are not registered participants of the ECF System: (insert names and addresses)

s/ RICHARD W. FREEMAN, JR.
_____
s/ Attorney Name