**IN THE UNITED DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| DOWER COMBS, Personal Representative of the Estate of A.H., deceased, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. CIV-15-111-RAW |
| STATE OF OKLAHOMA, ex rel. Oklahoma Department of Human Services; STEVEN EDWARDS, individually; CATHIE KEEN, individually; HENRY WRIGHT, individually; JULIA FOREMAN, individually; DANA ROGERS, individually; FRANK WRIGHT, individually; THOMAS WALKABOUT, individually; BRENDA RIDENHOUR, individually; BRANDY CHAPMAN, individually; WILLIAM BUSCH, individually; DIANNA SCHWEITZER, individually; DELILA PACHECO, individually; LONGINO PACHECHO-LOPEZ, individually; and JOHN DOES NOS. 1-8, individually, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, the undersigned counsel for the Plaintiff, Dower Combs, and the Defendants, the Oklahoma Department of Human Services, Steven Edwards, Cathie Keen, Henry Wright, Julia Foreman, Dana Rogers, Thomas Walkabout, Brenda Ridenhour, Brandy Chapman, Betty Bates, William Busch, and Dianna Schweitzer hereby jointly stipulate to the dismissal of the above-styled action *with prejudice* as to these Defendants *only*.

Dated this 19th day of September, 2016.

**APPROVED:**

**PLAINTIFF:**

s/ ZACHARY T. BARRON*
Zachary T. Barron (OBA #18919)
Gibbon, Barron & Barron
20 East 5th Street, Suite 1000
Tulsa, OK  74103

Telephone:  (918) 745-0687
Facsimile:  (918) 745-0821
Email:  Zbarron@gbbfirm.com


s/ JAMES COSBY*
James Cosby (OBA #19319)
Cosby Law Firm, PLLC
218 S. Muskogee Avenue
Tahlequah, OK  74464

Telephone:  (918) 458-9969
Facsimile:  (918) 458-9969
Email:  cosbylawfirm@yahoo.com

*Attorneys for Plaintiff.*

***\*Signed by filing attorney with permission.***

**DEFENDANTS:**

s/ RICHARD W. FREEMAN, JR.
Richard W. Freeman, Jr. (OBA #3130)
Assistant General Counsel
Department of Human Services
P.O. Box 25352
Oklahoma City, OK  73125-0352

Telephone:  (405) 521-3638
Facsimile:  (405) 521-6816
E-mail:  Richard.Freeman@okdhs.org

*Attorneys for Defendants Oklahoma*
*Department of Human Services,*
*Steven Edwards, Cathie Keen,*
*Henry Wright, Julia Foreman,*
*Dana Rogers, Thomas Walkabout,*
*Brenda Ridenhour, Brandy Chapman,*
*Betty Bates, William Busch, and*
*Dianna Schweitzer.*

2

*Certificate of Service*

[✔] I hereby certify that on (date) <u>September 19, 2016</u>, I electronically transmitted the

attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on

file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: (insert names)

Zachary T. Barron
Gibbon, Barron & Barron

James Cosby
Cosby Law Firm, PLLC

(Attorneys for Plaintiff)

[ ] I hereby certify that on (date) _____, I served the attached document by

(service method) _____ on the

following, who are not registered participants of the ECF System: (insert names and addresses)

s/ RICHARD W. FREEMAN, JR.
_____
s/ Attorney Name

3