**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1) DOWER COMBS, as personal representative for the estate of A.H., <br><br> Plaintiff, <br> v. <br><br> 1) STATE OF OKLAHOMA, ex rel. Oklahoma Department of Human Services, et al <br><br> Defendants. | Case No.: CIV-15-111-RAW |

**<u>NOTICE OF DISMISSAL WITH PREJUDICE</u>**

Plaintiff, DOWER COMBS, as personal representative for the estate of A.H., hereby dismisses the Defendants Delila Pacheco and Longino Pacheco Lopez, *with prejudice*, and with each side to bear its own fees and costs.

Respectfully Submitted,

THE BARRON LAW FIRM, PLLC

s/ Zachary T. Barron
Zachary T. Barron, OBA # 18919
P.O. Box 369
Claremore, Oklahoma 74018
(918) 341-8402 Telephone
(918) 515-4691 Facsimile
Zbarron@barronlawfirmok.com

And

James Cosby, OBA # 19319
Cosby Law Firm, PLLC
218 S. Muskogee Avenue
Tahlequah, Ok 74464
(918) 458-0069 Phone
(918) 458-9969 Facsimile
Cosbylawfirm@yahoo.com

*Attorneys for Plaintiff*

15300793v1 0983696

2

---

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 5, 2016, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Richard W. Freeman, Jr.
Richard.Freeman@okdhs.org

s/ Zachary T. Barron
  Zachary T. Barron

2

15300793v1 0983696